Elizabeth Wickerath, Also Known as Elizabeth Unhoch, Appellant, v. Western and Southern Life Insurance Company, Inc., and Anthony Unhoch, Administrator of Estate of John A. Unhoch, Deceased, Appellees.

Gen. No. 41,588.

opinion filed April 28, 1941.

Peter V. Fazio, for appellant; Conrad D. Philos, of counsel; Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and James F. Flanagan, of counsel. Opinion by JUSTICE MATCHETT. "Not to be published in full."